Dorothy Jean EDEN, Petitioner-Appellant,

v.

Vernon Duane EDEN, Respondent.

No. 9991.

Missouri Court of Appeals, Springfield District.

Jan. 3, 1977.

Robert P. Baker, Sarcoxie, for petitioner-appellant.

Richard D. Copeland, Myers, Webster & Perry, Webb City, for respondent.

Before BILLINGS, C. J., and HOGAN and FLANIGAN, JJ.

PER CURIAM.

Dissolution of marriage proceeding. Appellant complains of the court's orders concerning division of property, maintenance, costs and attorney fees. The transcript filed herein does not contain a decree dissolving the marriage of the parties. The appeal is therefore premature. Rule 74.01, V.A.M.R.

Appeal dismissed.

All concur.